## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF VIRGINIA
### Norfolk Division

**In re** Orlando R. Chauvin                              **Case No.** 11-74140-SCS

**Debtor(s)**                                             **Chapter 7**

### ORDER PURSUANT TO CHAPTER 7 TRUSTEE'S FINAL REPORT, APPLICATION FOR COMPENSATION AND APPLICATION(S) FOR COMPENSATION OF PROFESSIONALS

The Trustee having filed his final report before distribution and the court having thereafter duly examined and considered all applications for compensation and reimbursement of expenses and no hearing being necessary under the circumstances; it is therefore

**ORDERED** that reasonable compensation for actual and necessary services rendered or reimbursement of actual and necessary expenses incurred are hereby awarded or allowed pursuant to 11 U.S.C. §330(a), §503(b)(2) or §503(b)(4), as follows:

| APPLICANTS | COMMISSIONS/FEES | EXPENSES |
|---|---|---|
| Lawrence H. Glanzer, Chapter 7 Trustee | $422.50 | $9.69 |

It is further **ORDERED** that the compensation of the Trustee may be increased to include commissions earned on interest accrued through the date of distribution.

The Clerk shall forward a copy of this order to the Trustee and the United States Trustee.

Date: May 6 2013                         /s/ Stephen C. St.John
                                         United States Bankruptcy Judge

                                         NOTICE OF JUDGMENT OR ORDER
                                         ENTERED ON DOCKET: 5/6/2013

[otfrnhrg ver. 10/09]

United States Bankruptcy Court
Eastern District of Virginia

In re:  
Orlando R. Chauvin  
    Debtor

Case No. 11-74140-SCS  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0422-8            User: nobilea              Page 1 of 2              Date Rcvd: May 06, 2013
                            Form ID: pdforder         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 08, 2013.
  NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg           +E-mail/Text: ustpregion04.no.ecf@usdoj.gov May 07 2013 03:52:30      UST smg Norfolk,
              Office of the U. S. Trustee,   200 Granby Street, Room 625,   Norfolk, VA 23510-1814
                                                                                                                      TOTAL: 1

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: May 08, 2013**                 **Signature:** _/s/ Joseph Speetjens_

```
District/off: 0422-8          User: nobilea             Page 2 of 2              Date Rcvd: May 06, 2013
                              Form ID: pdforder         Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 6, 2013 at the address(es) listed below:
          Lawrence H. Glanzer    trustee@rlglegal.com,   va35@ecfcbis.com;margaret@rlglegal.com
          Lawrence H. Glanzer    on behalf of Trustee Lawrence H. Glanzer trustee@rlglegal.com,
          va35@ecfcbis.com;margaret@rlglegal.com
          Patti H. Bass    on behalf of Creditor    HSBC Bank Nevada, N.A. ecf@bass-associates.com
          Paul S. Bliley, Jr.    on behalf of Creditor    PYOD, LLC pbliley@williamsmullen.com,
          rcohen@williamsmullen.com;hpollard@williamsmullen.com
          Thomas W. Hodge    on behalf of Debtor Orlando R. Chauvin TWHodge@cox.net,   TWHodge@aol.com
                                                                                                TOTAL: 5